496 F.2d 1198
 UNITED STATES FIRE INSURANCE COMPANY, Plaintiff-Appellant,
v.
CHINA UNION LINES LIMITED, Defendant-Appellee.
 No. 927, Docket 73-2552.
 United States Court of Appeals, Second Circuit.
 Argued May 9, 1974.
Decided May 22, 1974.
 
 James H. Simonson, New York City (Bigham Englar Jones & Houston, New York City, on the brief), for plaintiff-appellant.
 Edward H. Duggan, Jr., New York City (Hill, Betts & Nash, Eli Ellis, Allan J. Berdon, New York City, on the brief), for defendant-appellee.
 Before ANDERSON, FEINBERG and MANSFIELD, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment of the district court is affirmed upon the opinion of Judge Motley. 375 F.Supp. 652 (1974).